IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, on behalf of the estate of
LEMINGTON HOME FOR THE AGED,          10cv800
                                      **ELECTRONICALLY FILED**
           Plaintiff,

     v.

ARTHUR BALDWIN, et al.,

           Defendants.

## ORDER OF COURT RE: PARTIES' OBJECTIONS TO POWERPOINT PRESENTATIONS (DOC. NOS. 503, 504)

Defendants and Plaintiff filed PowerPoint presentations intended for use during opening arguments. Doc. No. 478-1, 500. Presently before the Court are the parties' Objections to each other's PowerPoint's and Responses to those Objections. Doc. Nos. 503, 504, 506, 508. After consideration of the parties' submissions, the Court rules as follows:

Defendants' objections to the following slides of Plaintiff's PowerPoint Presentation are **OVERRULED**:

1. Slide 5;
2. Slide 6;
3. Slide 7 (except as to "to date");
4. Slide 9;
5. Slide 12;
6. Slides 13-16; and
7. Slide 17.

Defendants' objections to the following of Plaintiff's PowerPoint Presentation is

**SUSTAINED**:

1. Slide 7: "to date."

Plaintiff's objections to the following pages of Defendants' PowerPoint Presentation are

**OVERRULED**:

1. Pg. 1;
2. Pg. 2;
3. Pg. 3;
4. Pg. 4 (except as to "lawsuits by creditors");
5. Pg. 5;
6. Pg. 6;
7. Pg. 7;
8. Pg. 8;
9. Pg. 9;
10. Pg. 10;
11. Pg. 11;
12. Pg. 12;
13. Pg. 13 (except as to "lawsuits by creditors");
14. Pg. 14; and
15. Pg. 16.

Plaintiff's objections to the following pages of Defendants' PowerPoint Presentation are

**SUSTAINED**:

1. Pg. 4: "lawsuits by creditors";
2. Pg. 13: "lawsuits by creditors"; and
3. Objections as to any animation.

SO ORDERED, this 5th day of February, 2013.


s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge



cc: All Registered ECF Counsel and Parties