IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estate of LEMINGTON HOME FOR THE AGED, | ) ) ) ) | |
| | ) | Civil Action No.: 10-800 |
| Plaintiff, | ) ) | The Honorable Arthur J. Schwab |
| v. | ) ) | |
| ARTHUR BALDWIN, et al. | ) ) | |
| Defendants. | ) | |

## VERDICT FORM (AS OF 2/13/13)

### Plaintiff's Claims against Defendants

1.    **Count I -Breach of Fiduciary Duty of Loyalty**

A.    Do you find that the Plaintiff has proven, by a preponderance of the evidence, that the *Directors* identified below breached their fiduciary duty of loyalty?

| *Directors* | YES | NO |
|---|---|---|
| Arthur Baldwin | | |
| Jerome Bollock | | |
| Angela Ford | | |
| Joann Andiorio | | |
| JW Wallace | | |
| Twyla Johnson | | |
| Nicole Gaines | | |
| William Thompkins | | |
| Roy Penner | | |

| | | |
|---|---|---|
| Leonard R. Duncan | | |
| Renee Frazier | | |
| Claudia Allen a/k/a Claudia Hussein | | |
| Reverend Eugene Downing | | |
| George Calloway | | |
| B.J. Leber | | |
| Reverend Ronald Peters | | |

Continue to answer Question 1(B).

B.     Do you find that the Plaintiff has proven, by a preponderance of the evidence, that

the *Officers* identified below breached their fiduciary duty of loyalty?

| *Officers* | YES | NO |
|---|---|---|
| Mel Causey | | |
| James Shealey | | |

Continue to answer Question 2-Count II: Breach of Fiduciary Duty of Care.

2.      **Count II -Breach of Fiduciary Duty of Care**

A.      Do you find that the Plaintiff has proven, by a preponderance of the evidence, that
        the *Directors* identified below breached their fiduciary duty of care?

| *Directors* | YES | NO |
|---|---|---|
| Arthur Baldwin | | |
| Jerome Bollock | | |
| Angela Ford | | |
| Joann Andiorio | | |
| JW Wallace | | |
| Twyla Johnson | | |
| Nicole Gaines | | |
| William Thompkins | | |
| Roy Penner | | |
| Leonard R. Duncan | | |
| Renee Frazier | | |
| Claudia Allen a/k/a Claudia Hussein | | |
| Reverend Eugene Downing | | |
| George Calloway | | |
| B.J. Leber | | |
| Reverend Ronald Peters | | |

Continue to answer Question 2(B).

B.      Do you find that the Plaintiff has proven, by a preponderance of the evidence, that the *Officers* identified below breached their fiduciary duty of care?

| *Officers* | YES | NO |
|---|---|---|
| Mel Causey | | |
| James Shealey | | |

Continue to answer Question 3-Count III: Deepening Insolvency.

3.      **Count III-Deepening Insolvency**

A.      Do you find that the Plaintiff has proven, by a preponderance of the evidence, that the actions of the *Directors* identified below were fraudulent and resulted in the deepening insolvency of the Lemington Home for the Aged?

| *Directors* | YES | NO |
|---|---|---|
| Arthur Baldwin | | |
| Jerome Bollock | | |
| Angela Ford | | |
| Joann Andiorio | | |
| JW Wallace | | |
| Twyla Johnson | | |
| Nicole Gaines | | |
| William Thompkins | | |
| Roy Penner | | |
| Leonard R. Duncan | | |

| Renee Frazier | | |
|---|---|---|
| Claudia Allen a/k/a Claudia Hussein | | |
| Reverend Eugene Downing | | |
| George Calloway | | |
| B.J. Leber | | |
| Reverend Ronald Peters | | |

B.      Do you find that the Plaintiff has proven, by a preponderance of the evidence, that the actions of the *Officers* identified below were fraudulent and resulted in the deepening insolvency of the Lemington Home for the Aged?

| *Officers* | YES | NO |
|---|---|---|
| Mel Causey | | |
| James Shealey | | |

If you answered "NO" as to EVERY individual in Questions 1, 2, and 3, you have completed your verdict form.  Please DO NOT answer any further questions.  Please sign the verdict form at the end of this document and inform the Bailiff that you have reached a verdict.

If you answered "YES" as to ANY individual in Questions 1, 2 or 3, please continue to Question 4.

**Defense**

4.    ***In Pari Delicto***

    A.    Do you find, that the Defendant *Directors* identified below have proven, by a preponderance of the evidence, the defense of *in pari delicto* ("parties are equally at fault")?

| *Directors* | YES | NO |
|---|---|---|
| Arthur Baldwin | | |
| Jerome Bollock | | |
| Angela Ford | | |
| Joann Andiorio | | |
| JW Wallace | | |
| Twyla Johnson | | |
| Nicole Gaines | | |
| William Thompkins | | |
| Roy Penner | | |
| Leonard R. Duncan | | |
| Renee Frazier | | |
| Claudia Allen a/k/a Claudia Hussein | | |
| Reverend Eugene Downing | | |
| George Calloway | | |
| B.J. Leber | | |
| Reverend Ronald Peters | | |

B.      Do you find, that the Defendant *Officers* identified below have proven, by a
preponderance of the evidence, the defense of *in pari delicto* ("parties are equally
at fault")?

| *Officers* | YES | NO |
|---|---|---|
| Mel Causey | | |
| James Shealey | | |

If you answered "YES" to EVERY part of Question 4(A) and (B), Plaintiff cannot
recover against any Defendant in this matter.

Please DO NOT answer any further questions.  Please sign the verdict form at the end of
this document and inform the Bailiff that you have a verdict.

If you answered "NO" to ANY part of Question 4, please continue to Question 5.

**Damages**

    **5.**    **Compensatory and Punitive Damages**

**A.**    **Compensatory Damages**

What is the amount of compensatory damages awarded to Plaintiff?

$_____

**B.**    **Punitive Damages**

What is the amount of punitive damages awarded to Plaintiff, as to each

individual Director and Officer?

| *Directors* | *$, if any* |
|---|---|
| Arthur Baldwin | |
| Jerome Bollock | |
| Angela Ford | |
| Joann Andiorio | |
| JW Wallace | |
| Twyla Johnson | |
| Nicole Gaines | |
| William Thompkins | |
| Roy Penner | |
| Leonard R. Duncan | |
| Renee Frazier | |
| Claudia Allen a/k/a Claudia Hussein | |
| Reverend Eugene Downing | |

| George Calloway | |
| --- | --- |
| B.J. Leber | |
| Reverend Ronald Peters | |
| ***Officers*** | ***$, if any*** |
| Mel Causey | |
| James Shealey | |

You have completed the verdict form.  Please sign and date this form and notify the Bailiff that you have reached a verdict.

Unanimously agreed to this _____ day of _____, 2013, by we, the undersigned jurors.

_____, Foreperson          _____

_____                           _____

_____                           _____

_____                            _____

9