IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estate of LEMINGTON HOME FOR THE AGED, <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR BALDWIN; JEROME BULLOCK; ANGELA FORD; JOANNE ANDIORIO; J.W. WALLACE; TWYLA JOHNSON; NICOLE GAINES; WILLIAM THOMPKINS; ROY PENNER; MEL CAUSEY; JAMES SHEALEY; RENEE FRAZIER; CLAUDIA ALLEN; EUGENE DOWNING; GEORGE CALLOWAY; B.J. LEBER; and REVEREND RONALD PETERS, <br><br> Defendants. | 10cv800 <br> **ELECTONICALLY FILED** |

### ORDER OF COURT AMENDING JUDGMENT FOLLOWING RECEIPT OF MANDATE FROM THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT (DOC. NO. 685)

On March 1, 2013, following the receipt of evidentiary and testimonial evidence, a jury of eight returned a verdict finding certain Defendant Officers and Directors liable for breach of their fiduciary duties of loyalty and care and for deepening insolvency.  Doc. No. 606.  The same jury awarded Plaintiff compensatory damages in the total amount of $2,250,000.00 and punitive damages against five individual Defendant Directors in the amount of $350,000.00 each and punitive damages in the amount of $750,000.00 against Defendant Officer Causey and $1,000,000.00 against Defendant Officer Shealey.  Id.  Following this Court's rulings on post-trial motions, Defendant filed an appeal to the United States Court of Appeals for the Third Circuit.  In a Precedential Opinion, the United States Court of Appeals for the Third Circuit

affirmed the jury's liability verdict as to all Defendants and the punitive damages award against the Officer Defendants and vacated the award of punitive damages imposed against five of the Director Defendants. Doc. No. 685. In accordance with this Opinion and the Mandate of the United States Court of Appeals for the Third Circuit, which was filed on March 3, 2015, the following Order is entered:

AND NOW, this 5th day of March, 2015, IT IS HEREBY ORDERED THAT Judgment against Defendants Arthur Baldwin, Jerome Bullock, Joann Andiorio, Twyla Johnson, and William Thompkins as to individual awards of $350,000.00 are **VACATED**. Judgment is only amended in this respect.

    s/ Arthur J. Schwab
    Arthur J. Schwab
    United States District Judge

cc: All Registered ECF Counsel and Parties